Certificate Number: 05781-PR-DE-041372948

Bankruptcy Case Number: 26-02804

05781-PR-DE-041372948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2026, at 3:24 o'clock PM PDT, Teodora Rivas Disla completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: August 26, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President