**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:**<br><br>**TEODORA MILEDY RIVERA DISLA**<br>**DEBTOR(S)** | **CASE NO. 26-02804 (ESL)**<br><br>**CHAPTER 7** |

**TRUSTEE'S MOTION REQUESTING EXTENSION OF TIME TO OBJECT TO DEBTOR'S DISCHARGE**

TO THE HONORABLE COURT:

COMES NOW, Wigberto Lugo Mender, duly appointed trustee of the above captioned case, who respectfully prays this Honorable Court as follows:

1. The Meeting of Creditor's, pursuant to 11 U.S.C. Section 341, has been conducted in this case. Upon this meeting, the trustee still is investigating the financial affairs of the above captioned estate. The trustee requests copies of bank statement. This information is necessary for the administration of this case.
2. The undersigned Trustee deems necessary an extension of time of 45 days from the day of the filing of this motion to file a Complaint Objecting to the Discharge of the Debtor or to Determine Dischargeability of Certain Type of Debts, in order for Trustee, the Office of the United States Trustee and other parties in interest to have an opportunity to responsibly examine Debtors under oath and investigate their financial affairs, including any actions which may lead to the filing of a complaint to object debtors' discharge

WHEREFORE, the undersigned Trustee respectfully requests this Honorable Court to grant 45 days from the filing of this motion for Chapter 7 Trustee and the United States Trustee

to file a Complaint Objecting to the Discharge of the Debtor or to Determine Dischargeability of Certain Type of Debts.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY**: That on this same date a copy of this document has been mailed to the U.S. Trustee Office, to debtor and debtor's attorney, all at their address of record.

In Guaynabo, Puerto Rico, this 14 of September 2026..

***s/ Wigberto Lugo Mender***

WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
100 Carr 165, Suite 501
Guaynabo, PR 00968-8052
Tel 787/707-0404
Fax 787/707-0412
trustee@lugomender.com